UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:09CR91 JCH |
| | ) | |
| HARRY E. KEIL, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on May 11, 2009, the Defendant entered into a Plea Agreement with the United States in which the Defendant agreed that he had obtained $350,786.67 in proceeds from the offenses alleged in Counts One and Four of the Superceding Indictment.

AND WHEREAS, the United States has filed a Motion for Entry of an Amended Preliminary Order of Forfeiture stating the United States does not seek the forfeiture of specific property set forth in Count Five of the Superseding Indictment but continues to seek a personal money judgment against the Defendant in the amount of $350,786.67 pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States the sum of $350,786.67 pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 981(a)(1)(C) and 982(b)(1), Title 28, United States Code, Section 2461.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $350,786.67 to satisfy the money judgment in whole or in part.

So Ordered this 29th day of October, 2009.

_Jean C. Hamilton_
JEAN C. HAMILTON
United States District Judge

2